# EXHIBITS

**Exhibit A:** **Selected Portions of Transcripts of Telephone Calls – Full Audio Recordings available upon request** (Audio Recording made by Plaintiff Kenichi Ninomiya):
- July 18, 2015
- August 24, 2015
- October 8, 2015

---

**Exhibit B:** **Selected Text Message Records**
(Full Text Message History Available Upon Request)

---

**Exhibit C:** **Proof of Payment of Plaintiff's Invoice #005 by Brane-Strom, LLC:**
- Plaintiff's Invoice #005
- Defendant Brane-Strom, LLC's Bank Check Payment
- Certificate of Completion of Subject Work by Plaintiff Ninomiya

---

**Exhibit D:** **PROCESS RECEIPT AND RETURN - Form USM-285**
Request filed on October 27, 2025 – for Service of Process (Summons, Complaint) by U.S. Marshal on Defendant Charles D. Riviezzo, 1894 Muttontown Rd, Muttontown, NY  11791.

Proof of Plaintiff's attempted Service of Process by U.S. Marshal on Defendant Charles Riviezzo.

**(Court Case No. 1:25-cv-01692-MSN-LRV)**

---

**Exhibit E:** **"Temporary Out of Service" message displayed on October 7, 2015.**
Displayed message identifies Plaintiff Kenichi Ninomiya as the System Administrator for the Horse Racing Personal Computer on which message is displayed.

**Example of Normal Stand-by Screen displayed.**