# EXHIBIT A

> **SELECTED PORTIONS OF TRANSCRIPTS OF AUDIO RECORDINGS**
> *(Evidence of Threats of Serious Harm under 18 U.S.C. § 1589)*

### 1.) Telephone Call – July 18, 2015

**Parties:**   Kenichi Ninomiya (*Plaintiff*)
Charles D. Riviezzo (*CEO/General Counsel/ Defendant*)

**Context:**   **Plaintiff attempted to stop providing services due to non-payment.**

**Kenichi Ninomiya:**   "I really don't like to shut down the service, but I have to make a living."

**Charles Riviezzo:**   "Kenichi, let me make one thing clear. **If you shut down the service, the pay will be cut off – all of it.**"

*(Source: Audio File [Churles Riviezzo]_[+15165519275]_2015-07-18)*

### 2.) Telephone Call – August 24, 2015

**Parties:**   Kenichi Ninomiya (*Plaintiff*)
Charles D. Riviezzo (*CEO/General Counsel/Defendant*)

**Context:**   **Plaintiff refused to continue working for free.**

**Charles Riviezzo:**   "**All I'm telling you Ken is that, if you don't do it, and she can't get the horse races, then Michael is going to get fired.**"

*(Source: Audio File [Churles Riviezzo]_[+15165519275]_2015-08-24)*

### 3.) Termination Meeting (*Recorded*) – October 8, 2015

**Parties:**   Larry Rose (*Brane-Strom Representative*),
Kenichi Ninomiya
Michael Oliver

**Context:**   **One day after Plaintiff stopped working** (*Oct 7*),
**Plaintiff's spouse was fired** (*Oct 8*).

**Larry Rose:**   "So, what happened was, Mrs. Bryant turned around and said, '**That's it, I'm done with both of 'em.**' She came down the stairs yesterday. When I handed her the DVD disc, and she said, '**Cut them loose, I don't want to deal with it anymore.**'"

*(Source: Audio File Larry Rose, KN, MO - Termination Talk at ihop)*