# EXHIBIT B

| SELECTED TEXT MESSAGE COMMUNICATIONS |
| --- |
| *(Evidence of "Scheme, Plan, or Pattern" under 18 U.S.C. § 1589(a)(4))* |

**1.)** <u>The "Option C" Exchange</u> **(Blocking the Exit)**
**Date:** July 17, 2015
**Source:** Mobile Text Log

| Time | Sender | Message Content |
| --- | --- | --- |
| 08:29 PM | Kenichi Ninomiya | "I am still waiting to hear your answer to the question I asked you in our conversation 2 days ago. Since Brane-Strom is not hiring me at this time, do I: (**a.**) Continue my service \*\*(**b.**) Stop my service immediately\*\* because Brane-Strom will not be paying me...?" |
| 08:34 PM | Charles Riviezzo | "I spoke with Michael about this but will be happy to speak with you about it tomorrow. **Option C. is not to do anything right now and keep doing what you're doing and figure out how to share funds with Michael until we come up with a solution.**" |
| 08:36 PM | Kenichi Ninomiya | "Isn't that option (**a.**)?" |

**2.)** <u>The Order to "Keep Things Running"</u>
**Date:** August 13, 2015
**Source:** Mobile Text Log

| Time | Sender | Message Content |
| --- | --- | --- |
| 12:31 PM | Charles Riviezzo | "I can only suggest you try to be cooperative. **In the meantime, please keep things running.**" |

**3.)** <u>Defendants' Knowledge of Work</u>
**Date:** July 25, 2015
**Source:** Mobile Text Log

| Time | Sender | Message Content |
| --- | --- | --- |
| 02:13 PM | Kenichi Ninomiya | "Today's maintenance task at LHF just finished and leaving the farm now. I will do the rest of the work remotely from home. It should be fine for live race tomorrow am." |
| 02:17 PM | Charles Riviezzo | "**Thank you.**" |