# EXHIBIT C

**PROOF OF PROFESSIONAL STATUS** *(Evidence Rebutting "Volunteer" Defense)*

## 1. Invoice #005 – Ratification of Specialized Rate

**Source:** Invoice Record

- **Invoice #:** 005
- **Date:** July 18, 2015
- **Bill To:** Brane-Strom, LLC / 101 N Jay St / Middleburg, VA 20118
- **Description:** "Repairs for Locust Hill Farm Racing PC *(Intel AMT Specialized Service)*"
- **Hours:** 2.0
- **Rate:** $75.00 per hour
- **Total:** $150.00

## 2. Check #18200 – Payment of Invoice

**Source:** Banking Record

- **Payer:** Magalen O. Bryant / Brane-Strom L.L.C.
- **Check Number:** 18200
- **Date:** 7/24/2015
- **Pay to the Order of: KENICHI NINOMIYA**
- **Amount:** $127.50
- **Signed By: Connie Hall** (Authorized Signature)

*(Note: Payment confirms Defendants treated Plaintiff as a paid vendor, not a volunteer, utilizing the specialized rate.)*

---

## 3. Pre-Payment for Training (*CompTIA A+*)

**Source:** Receipt Log

- **Date:** May 2, 2015
- **Item:** "CompTIA A+ Premier Bundle"
- **Cost:** $368.00
- **Payment Method:** Corporate American Express (Connie Hall)
- **Purpose:** Professional Certification Training for Plaintiff.

---

# INVOICE

**PAYMENT RECEIVED**

Kenichi Ninomiya
92 Heritage Way NE #305
Leesburg, VA 20176
US
Phone: 571-223-7765
212ken@usa.net

Invoice #: 0005
Invoice Date: 07/18/2015
Reference: On-Site Support 07/17/15
Due date: 07/28/2015

Amount due:
**$127.50**

**Bill To:**

Brane-Strom, LLC
101 N Jay St
Middleburg, VA 20118
US

chall@branestrom.com
540-687-8884

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Network Connection Repairs for Locust Hill Farm Racing PC (Intel AMT Specialized Service) | 2 | $75.00 | $150.00 |
| | | Subtotal | $150.00 |
| | | Other discount (15%) | -$22.50 |
| | | **Total** | **$127.50 USD** |

**Attachments**    Certificate of Completion 0717 2015.pdf   see back of this page.

**Notes**

Certificate of Completion is attached.

15% one-time only discount applied.

**Terms and Conditions**

Rates:
On-Site Support (1099 Independent Contractor Rate): $75/hr
Remote Support (1099 Independent Contractor Rate): $65/hr
W-2 Hourly Rate: $40/hr

## Certificate of Completion

| | |
|---|---|
| Project Name (Repairs): | Locust Hill Farm Racing PC Internet Connection Repairs |
| Date of Issuance | July 17, 2015 |
| Owner | Magalen O. Bryant / Brane-Strom, LLC, Locust Hill Farm The Plains, Virginia, Virginia 20198 |
| Owner Representative | _____, Locust Hill Farm The Plains, Virginia 20198 |
| Service Provider | Kenichi Ninomiya, 92 Heritage Way NE Leesburg, Virginia 20176 |
| Contract Date | July 17, 2015 |
| Completion Date | July 17, 2015 |

### Service Provider's Certification

I, Kenichi Ninomiya, hereby certifies that:

1. All work has been performed in accordance with the terms of the Contract.
2. All changes to the work (except minor modifications and field adjustments) have been authorized in writing by the Owner.
3. There have been no claims made for infringement of any patent.
4. The work to which this Certificate applies has been inspected by authorized representative of Owner and Service Provider, and the Repairs are hereby declared to be Complete on July 17, 2015.

This Certificate of Final Completion is accepted by Kenichi Ninomiya, _____, and by Owner Representative for Magalen O. Bryant / Brane-Strom, LLC. It shall be effective as of July 17, 2015.

*Kenichi Ninomiya*

By Kenichi Ninomiya

Owner Representative accepts this Certificate of Completion on _7 - 17 - 2015_

*Marianne Dreson*

By _____
    (print name above)

**MAGALEN O. BRYANT**                                                                 18200

| OUR REF. NO. | YOUR INVOICE NO. | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 026151 | 0005 | 7/18/2015 | 127.50 | 127.50 | 0.00 | 127.50 |

**BB&T**
**BRANCH BANKING AND TRUST COMPANY**
VIRGINIA
68-531-560

18200

**MAGALEN O. BRYANT**
P.O. BOX 1850
MIDDLEBURG, VA  20118
(540) 687-8884

| CHECK DATE | CONTROL NUMBER | AMOUNT |
|---|---|---|
| 7/24/2015 | 018200 | $*******127.50 |

PAY     One Hundred Twenty-Seven and 50/100------------------------------------------------- DOLLARS

TO THE
ORDER
OF     KENICHI NINOMIYA
       92 HERITAGE WAY NE # 305
       LEESBURG, VA   20176

_Connie R Idell_
AUTHORIZED SIGNATURE

⑈000 18 200⑈  ⑈0 560 0 53 18⑈000 5 13 7 29 2 1 24⑈

Page  18



CompTIA Marketplace

Page 1 of 1

## My Account

■ Return to My Account

### Order Details

Need to Print an Invoice?

**Order#: 135260**                                          **Order Placed:** 05/02/2015 at 04:50PM PST

**Order Status: Shipped**

| Ship To: | Items Ordered: | Price: | Status: |
|---|---|---|---|
| Kenichi Ninomiya | • 1 of : CompTIA A+ Voucher (801) | USD $0.00 | Shipped |
| 92 Heritage Way NE | • 1 of : CompTIA CertMaster for A+ (220-801) - Individual License | USD $0.00 | Shipped |
| APT 305 | • 1 of : CompTIAstore.com 100 Dollar Gift Certificate | USD $0.00 | Shipped |
| Leesburg, VA 20176 | • 1 of : Save 38% on the CompTIA A+ Premier Bundle | USD $368.00 | Shipped |
| United States | | | |
| 5712237765 | | | |

**Shipping Speed:**
Online Delivery / No Shipping

**Payment Information**

| Bill To: | Payment: | Order Summary: | |
|---|---|---|---|
| Kenichi Ninomiya | **Credit Card:** American Express | | |
| 92 Heritage Way NE | Connie Rucker Hall | Product Subtotal: | USD $368.00 |
| APT 305 | ***********5009 | Use Tax (6.00%): | USD $0.00 |
| Leesburg, VA 20176 | | Shipping & Handling: | USD $0.00 |
| United States | | | |
| 5712237765 | | **Grand Total:** | USD $368.00 |

**NOTE:** This order has already shipped or has reached the final stages of processing. Therefore this order is no longer editable.

Looking for the order confirmation page that was displayed after checkout? Click here to view it again.

About Us    Privacy & Cookies Policy    Contact Us    Corporate Portal Terms and Conditions    Bookmark Us

Company Info    Product Index    Category Index    Help    Return Policy    Conditions of Use

Copyright © 2017 Pearson Education Inc. or its affiliate(s). All Rights Reserved.

https://www.comptiastore.com/orderdetails.asp?OrderID=135260

Monday, May 22, 2017 10:12:40 AM

Brane-Strom 000306



# Kenichi Ninomiya

has successfully completed the
requirements to be recognized as





COMP001020857068
**CANDIDATE ID**

May 3, 2016
**CERTIFICATION DATE**
This certification is valid through 05/03/2019

**TODD THIBODEAUX, PRESIDENT & CEO**

Page 20

Brane-Strom 000307