# EXHIBIT D

| |
|---|
| **SERVICE OF PROCESS REQUESTS** *(Evidence of "Good Cause" under Rule 4(m))* |

## 1.) <u>USM-285 Process Receipt and Return</u> (Charles Riviezzo)

**Source:** U.S. Marshals Service Form

- **Plaintiff:** Kenichi Ninomiya

- **Defendant:** Charles D. Riviezzo

- **Address:** 1894 Muttontown Rd, Muttontown, NY 11791

- **Date of Request: 10/27/2025**

- **Signature of Requester:** Kenichi Ninomiya (Plaintiff)

- **Status:** Submitted to U.S. Marshals for service *in forma pauperis*.

## 2.) <u>USM-285 Process Receipt and Return</u> (Brane-Strom, LLC)

**Source:** U.S. Marshals Service Form

- **Defendant:** Brane-Strom, LLC

- **Address:** 101 N Jay St, Middleburg, VA 20017

- **Date of Request:** 10/27/2025

- **Date Served:** 11/07/2025 (Served on <u>Erin Smith</u>, Accountant)

- **Notes:** Shows Plaintiff timely submitted forms for *both* defendants simultaneously.

---

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kenichi Ninomiya | 1:25-cv-01692-MSN-LRV |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Charles D. Riviezzo, *et al.* | Summons, Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Charles D. Riviezzo

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1894 MUTTONTOWN RD, MUTTONTOWN. NY 11791

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Kenichi Ninomiya<br>5646 Merry Oaks Road<br>The Plains, VA 20198 | Number of process to be served with this Form 285: **1** |
| | Number of parties to be served in this case: **2** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney other Originator requesting service on behalf of: | TELEPHONE NUMBER | DATE |
|---|---|---|
| COPY  ☒ PLAINTIFF  ☐ DEFENDANT | 703-299-2100 | 10/27/2025 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| | | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>Kenichi Ninomiya | COURT CASE NUMBER<br>1:25-cv-01692-MSN-LRV |
|---|---|
| DEFENDANT<br>Charles D. Riviezzo, et al. | TYPE OF PROCESS<br>Summons, Complaint |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Brane-Strom, LLC

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
101 N JAY ST, MIDDLEBURG, VA 20017

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Kenichi Ninomiya<br>5646 Merry Oaks Road<br>The Plains, VA 20198 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney ot ... ; service on behalf of: <br> **COPY** | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>703-299-2100 | DATE<br>10/27/2025 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| NINOMIYA, KENICHI | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:25cv 1692-MSN-LRV |
| RIVIEZZO, CHARLES D. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    CHARLES D. RIVIEZZO
1894 MUTTONTOWN RD
MUTTONTOWN, NY  11791

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    KENICHI NINOMIYA
5646 MERRY OAKS RD
THE PLAINS, VA  20198

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Date: October 27, 2025

_____
*Signature of Clerk or Deputy Clerk*

Page  24

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1: 25cv 1692 - MSN-LRV

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kenichi Ninomiya    FILED | 1:25-cv-01692-MSN-LRV |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Charles D. Riviezzo, et al. | Summons, Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Brane-Strom, LLC  2025 NOV 10  A 9: 32

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
101 N JAY ST, MIDDLEBURG, VA 20017

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Kenichi Ninomiya
5646 Merry Oaks Road
The Plains, VA 20198

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | 703-299-2100 | 10/27/2025 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 12 | No. 83 | No. 83 | Sylvia Shelton | OCT. 29, 2025 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| Erin Smith, Brane-Strom LLC, Accountant | 11/7/25 | 09.42 | ☒ am ☐ pm |

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
Sean P. McClby, SDUSM

Costs shown on attached USMS Cost Sheet >>

REMARKS  Ms. Smith is authorized to accept process for Brane-Strom, LLC. + will deliver papers to company attorney.

2025 OCT 28 07:09
UNITED STATES MARSHAL

Page 26    Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

NINOMIYA, KENICHI )
)
)
)
)
_____ )
Plaintiff(s) )
v. ) Civil Action No. 1:25cv1692-MSN-LRV
)
)
BRANE-STROM, LLC )
)
)
_____ )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BRANE-STROM, LLC
101 N JAY ST
MIDDLEBURG, VA 20017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: KENICHI NINOMIYA
5646 MERRY OAKS RD
THE PLAINS, VA 20198

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: October 27, 2025 _____
*Signature of Clerk or Deputy Clerk*

Page 27

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1: 25cv 1692-MSN-LRV

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Brane-Stron, LLC

was received by me on *(date)*   11/6/2025   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Erin Smith   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Brane-Stron, LLC

101 N. Jay St. Middleburg VA, Basement level   on *(date)*   11/7/2025   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

88mi × .70 =

4 HRS × 65.⁰⁰

$321.60

My fees are $ 61.60   for travel and $ 260.⁰⁰   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   11/7/2025

_____
*Server's signature*

Sean P. McCaffrey, SDUSM
*Printed name and title*

USMS E/VA

401 Courthouse Square,
*Server's address*
Alexandria VA .

Additional information regarding attempted service, etc:

Page 28