# EXHIBIT E

"Temporary Out of Service" message – Stand-by Screen Evidence

**"Temporary Out of Service" (E-1) message displayed on owner's horse racing screen on Stand-by Screen Evidence –  identifying Plaintiff Kenichi Ninomiya as the System Administrator**

Standard Stand-by message display  (E-2)

On October 7, 2015, Kenichi Ninomiya digitally created and transferred the following standby notification message still image which was displayed on the dedicated horse racing television equipment at *Locust Hill Farm* in The Plains, Virginia where the Company's Owner maintained her primary residence at the time



E-1

Example of typical standby message that displayed information about next scheduled horse race event of interest on the dedicated horse racing television equipment at *Locust Hill Farm* in The Plains, Virginia where the Company's Owner maintained her primary residence at the time.   (*Note* : *Kenichi Ninomiya's name and contact information was included as part of the message displayed.*)

**Horse Racing PC  FLB-KmIT24**

Responsible IT tech:  **Kenichi Ninomiya**

Custom Built, Maintain & Remote Operation

**Kenichi Ninomiya**

Horse Racing Video Editor & Operator

**Michael Oliver**

Your Next Race is:

## 9:40am EST  Thursday 10/08/2015

R2 - C7  15h40 - Bordeaux-Le Bouscat

 #5   Milita Has

Unauthorized Access to this PC is Prohibited.
Contact system administrator below.

Kenichi Ninomiya

System Administrator

admin@kmit24.com   917-453-8930

**E-2**